| | |
|---|---|
| GILBERT OSUNA,<br><br>  Plaintiff,<br><br>v.<br><br>E. MANZANALEZ, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00419-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO PAY THE FILING FEE TO PROCEED WITH THIS ACTION<br><br>[ECF Nos. 2, 7, 8]<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Plaintiff Gilbert Osuna is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 8, 2019, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 7.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service of the findings and recommendations. (Id.)

On April 22, 2019, Plaintiff filed objections to the Magistrate Judge's findings and recommendations. (ECF No. 8.) First, Plaintiff contends that Osuna v. Manzanalez, et al., No.

1

1:18-cv-00719-LJO-SAB (E.D. Cal.) should not be counted as a "strike" because, after he requested to re-open that case, that court told him to file a new case, without stating anything about the filing fee. However, the fact that the court in Case No. 1:18-cv-00719-LJO-SAB did not make any comment about whether a filing fee would be imposed in any future new action that Plaintiff filed does not establish that Case No. 1:18-cv-00719-LJO-SAB cannot be properly identified as a "strike." Further, the Court has reviewed Case No. 1:18-cv-00719-LJO-SAB and finds that the case was correctly identified as a "strike." Therefore, Plaintiff's first objection is overruled.

Second, Osuna argues that he was in imminent danger of serious physical injury at the time that he filed his complaint and his administrative appeal forms. However, since the Court only considers whether Plaintiff was in imminent danger of serious physical injury "on the basis of the conditions at the time the complaint was filed[,]" allegations that Osuna may have been in imminent danger at the time that he filed his administrative appeal forms do not satisfy the imminent danger exception to 28 U.S.C. § 1915(g). Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Further, Plaintiff's allegations in his complaint and his objections are insufficient to adequately demonstrate that he was in imminent danger of serious physical injury at the time that he filed his complaint in the instant action on April 2, 2019. Therefore, Plaintiff's second objection is overruled.

Third, Osuna contends that he should be permitted to proceed *in forma pauperis* because he is indigent and cannot pay the filing fee. However, Plaintiff's indigency, or lack of funds to pay for the filing fee, is irrelevant to the Court's determination that Plaintiff is subject to the "three strikes" bar under 28 U.S.C. § 1915(g) and that Plaintiff's allegations in his complaint do not satisfy the imminent danger exception to the "three strikes" bar. Since Plaintiff has provided no further information that would warrant reconsideration of this determination, Plaintiff's third objection is overruled.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Magistrate Judge's Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on April 8, 2019, (ECF No. 7), are adopted in full;
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is DENIED;
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $400.00 filing fee in full in order to proceed with this action; and
4. <u>Plaintiff is warned that if he fails to pay the filing fee within the specified time, this action will be dismissed</u>; and
5. This matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: __May 1, 2019__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE