# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT OSUNA,<br><br>               Plaintiff,<br><br>    v.<br><br>E. MANZANALEZ, et al.,<br><br>               Defendants. | Case No. 1:19-cv-00419-LJO-BAM (PC)<br><br>ORDER DISMSSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 9) |

      Plaintiff Gilbert Osuna is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 2, 2019. (ECF No. 1.)

      On April 8, 2019, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 7.) On April 22, 2019, Plaintiff filed objections to the Magistrate Judge's findings and recommendations. (ECF No. 8.)

      On May 1, 2019, the undersigned issued an order adopting the findings and recommendations, denying Plaintiff's application to proceed *in forma pauperis*, and ordering Plaintiff to pay the $400.00 filing fee in full within twenty-one (21) days. (ECF No. 9.) In that order, Plaintiff was warned that, if he failed to pay the filing fee within the specified time, the instant action would be dismissed. (Id. at 3.)

1

The twenty-one (21) day period has now expired, and Plaintiff has failed to pay the $400.00 filing fee or otherwise respond to the Court's May 1, 2019 order. As such, this case cannot proceed. Therefore, this matter will be dismissed.

Based on the foregoing, it is HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's May 1, 2019 order, (ECF No. 9), and his failure to pay the $400.00 filing fee; and

2. The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **June 3, 2019**         **/s/ Lawrence J. O'Neill**
                                UNITED STATES CHIEF DISTRICT JUDGE